ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Patriot Construction, LLC | ) ASBCA Nos. 63087-ADR, 63205-ADR |
| | ) |
| Under Contract No. W912QR-20-C-0050 | ) |

APPEARANCES FOR THE APPELLANT:  Michael C. Zisa, Esq.
　　　　　　　　　　　　　　　　Jennifer L. Harris, Esq.
　　　　　　　　　　　　　　　　　Peckar & Abramson, P.C.
　　　　　　　　　　　　　　　　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
　　　　　　　　　　　　　　　　　Engineer Chief Trial Attorney
　　　　　　　　　　　　　　　　James M. Inman, Esq.
　　　　　　　　　　　　　　　　Thomas M. Barrett, Esq.
　　　　　　　　　　　　　　　　　Engineer Trial Attorneys
　　　　　　　　　　　　　　　　　U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

Following a successful mediation before the Board, the dispute has been settled and all conditions of the Settlement Agreement have been satisfied. The appeals are dismissed with prejudice.

　　Dated: May 15, 2025

_____
REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63087-ADR, 63205-ADR, Appeals of Patriot Construction, LLC, rendered in conformance with the Board's Charter.

Dated:  May 15, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals